UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                                    CASE NO. 8:21-cv-2127-SDM-AAS

UNITED STATES, et al.,

    Defendants.
_____/

## **ORDER**

Local Rule 1.08 permits Times New Roman typeface if the main text is at least 14-point. The complaint (Doc. 1) violates this rule and is **STRICKEN**. Not later than **SEPTEMBER 20, 2021**, the plaintiff must amend the complaint.

ORDERED in Tampa, Florida, on September 14, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE