UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.

                              Case No. 8:21-cv-02127-SDM-AEP

UNITED STATES, THIRTEENTH
JUDICIAL CIRCUIT COURT, et al.,

    Defendants.

_____

## MOTION TO FILE ELECTRONICALLY

Plaintiff, Angela DeBose, moves the Court to file electronically and receive notices and documents by email, via the Court's Electronic Case Filing (CM/ECF) system. In support of the motion, Plaintiff states as follows:

1. Plaintiff presently has access to E-Filing with the district court and utilizes the system to submit her pleadings and papers.

2. However, this new case is not accessible.

3. Plaintiff affirms that she has reviewed the instructions and requirements for E-Filing and agrees to comply.

4. The Defendants in this action have been contacted and asked to waive service of process and therefore have not filed notice of appearance.

5. The ability to file electronically will allow the Plaintiff to meet filing deadlines.

2

WHEREFORE, Plaintiff respectfully asks the Court that her motion to file electronically be granted.

**Submitted September 11, 2021**

_____
Angela DeBose, Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **11th** day of September, 2021, the above and foregoing was sent via U.S. postal mail for filing to the Clerk of the Court.

Respectfully submitted,

_____
Angela DeBose, Plaintiff
awdebose@aol.com
1107 W. Kirby St.
Tampa, Florida 33604
Phone: (813) 932-6959
Email: awdebose@aol.com