UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANGELA DEBOSE,**

    **Plaintiff,**

v.                                            Case No. 8:21-cv-2127-SDM-AAS

**THE UNITED STATES,
THE THIRTEENTH JUDICIAL
STATE COURT, et al.,**

    **Defendants.**
_____/

## ORDER

Plaintiff Angela DeBose requests an order compelling Defendants Greenberg Traurig, P.A., and Richard McCrea to respond to Ms. Dubose's third amended complaint. (Doc. 54). Because Ms. DuBose's motion for leave to file a third amended complaint is neither ripe nor adjudicated, her request for a compelled response is premature.[1]

Accordingly, Ms. DuBose's motion to compel a response to her third amended complaint (Doc. 54) is **DENIED**.

---

[1] Greenberg Traurig, P.A., and Richard McCrea timely moved to dismiss Ms. Dubose's second amended complaint. (*See* Docs. 18, 30).

1

**ORDERED** in Tampa, Florida on January 13, 2022.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge