UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                            CASE NO. 8:21-cv-2127-SDM-AAS

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

The plaintiff's unopposed motion (Doc. 59) to extend the time within which to respond to the Thirteenth Judicial Circuit, James Barton, Ronald Ficarrotta, Elizabeth Rice, Greg Holder, University of South Florida Board of Trustees, Gerard Solis, Paul Dosal, Ralph Wilcox, and Lois Palmer's motion to dismiss is **GRANTED**. The plaintiff's response (Doc. 60) is **ACCEPTED**.

ORDERED in Tampa, Florida, on January 28, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE