IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANGELA DEBOSE,**

    **Plaintiff,**

v.                                **CASE NO. 8:21-cv-02127-SDM-AAS**

**THE UNITED STATES,
THE THIRTEENTH JUDICIAL
STATE COURT, et al.,**

    **Defendants.**
_____/

**NOTICE OF PROOF OF MAIL SERVICE OF THE PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT FINAL JUDGMENT AGAINST DEFENDANT
THE UNITED STATES ON THE ADMINISTRATIVE OFFICE OF THE
UNITED STATES COURTS**

Plaintiff Angela DeBose hereby gives notice of the following:

1. Proof of U.S. postal mail service of the Plaintiff's Motion for Default Final Judgment, (Doc. 57), against Defendant, the United States, was made on the Administrative Office of the U.S. Courts ("AOUSC"). See **Exhibit "A"** attached hereto.

2. In addition, the Plaintiff also provided written notice and documents to the Defendant via email.

3. The Plaintiff also contacted the AOUSC by phone and provided verbal notice of the same.

**Submitted: 2/1/2022**                                               Respectfully,

                                                                    */s/ Angela DeBose*
                                                                    Angela DeBose, Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February **1st**, 2022, a true and correct copy of the above and foregoing will be served electronically via the CM/ECF system on all counsels of record.

*/s/ Angela DeBose*
Angela DeBose, Plaintiff
1107 W. Kirby St.
Tampa, Florida 33604
(813) 932-6959
awdebose@aol.com

# EXHIBIT A

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70192280000126354266

Your item was delivered to the front desk, reception area, or mail room at 12:01 pm on December 27, 2021 in WASHINGTON, DC 20544.

USPS Tracking Plus™ Available ⌄

## ⊘ Delivered, Front Desk/Reception/Mail Room

December 27, 2021 at 12:01 pm
WASHINGTON, DC 20544

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

USPS Tracking Plus™ ⌄

Product Information ⌄

See Less ⋀

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback