# **EXHIBIT-2**

**From:** Office of the General Counsel <ogc@floridapoly.edu>
**Sent:** Monday, September 12, 2022 4:04 PM
**To:** Angela DeBose <adebose@floridapoly.edu>
**Cc:** Office of the General Counsel <ogc@floridapoly.edu>
**Subject:** RE: email domains

Angela,

The modifications made to your request resulted in the following number of records received:

1. Search 1 = 2,584
2. Search 2 = 141

As this will still require an extensive amount of time by the OGC personnel to review these records to ensure compliance with State and Federal law. Prior to providing an invoice, our team will look at the file to determine a more precise estimate based upon the findings.

Best,

### Sherri Pavlik
Executive Assistant | Office of the General Counsel
W: 863-874-8412

*Please note: Due to Florida's broad public records law, most written communication to or from university employees is considered a public record. Therefore, the contents of this email, including personal email addresses, may be subject to disclosure in the event a request is made.*

# Re: Chapter 119, F.S. - Public Records Request

**Sent:** Wednesday, August 24, 2022 11:19 AM
**To:** Office of the General Counsel <ogc@floridapoly.edu>
**Subject:** Chapter 119, F.S. - Public Records Request

Dear OGC:

Thank you for being responsive to my prior public record requests. I have an additional request using the search criteria below:

Search Criteria:

Search 1
Please provide emails in Florida Poly's prior **.org** and/or current **.edu** domains that
    CONTAINS "USF" or "University of South Florida"
    **AND** also contains "Angela" or "DeBose"
    but does not contain or include "adebose" or "awdebose"


Search 2
Please provide emails in Florida Poly's prior **.org** and/or current **.edu** domains that
    CONTAINS "@gtlaw" or "@hwhlaw" or "@littler" or "@dldlawyers" or "thomas.gonzalez@gray-robinson.com"
    **AND** also contains "Angela" or "DeBose"


If there is a public record(s) that you believe is exempt or privileged, please (1) identify the document; (2) briefly describe the document; and (3) state the nature of the exemption/privilege that is claimed.