# EXHIBIT-7

**From:** usfpr@usf.edu,
**To:** awdebose@aol.com,
**Subject:** RE: Chapter 119 - Public Records Request
**Date:** Thu, Feb 27, 2020 11:00 am
**Attachments:** 37723426_v 1_2015.09.30 206510   Hearing   093015 fullprint.PDF (371K),
37726658_v 1_2015.10.26 Motion  for Sanctions Hearing Transcript.PDF (64K),
37899116_v 1_2018.01.10 MSJ Hearing Transcript (15-CA-5663).PDF (226K),
37905896_v 1_2018.03.02 Hearing Transcript (15-CA-005663).PDF (1210K),
37905904_v 1_2018.03.02 Hearing  Transcript (15-CA-005663) - Mini.PDF (520K),
37905905_v 1_2018.03.02 Hearing  Transcript (15-CA-005663) Fullprint.PDF (610K),
37954292_v 1_2018.10.09  Evidentiary Hearing on Reasonableness of Fees-cft.PDF (536K)

Please see the attached documents in response to your public records request. Not all of the hearings/depositions mentioned in your request have corresponding transcripts, therefore, the attachments provided are the only documents responsive to your request for the dates mentioned below.

**From:** USF Public Records
**Sent:** Tuesday, February 25, 2020 12:04 PM
**To:** 'Angela DeBose' <awdebose@aol.com>
**Subject:** RE: Chapter 119 - Public Records Request

Thank you for contacting the University of South Florida. In accordance with Section 119.07(1)(c), F.S., your request is hereby acknowledged. The University will forward your request to the appropriate public records custodian for handling, and you should be contacted shortly regarding your request and any fees that may be applicable to the production of records.

**From:** Angela DeBose <awdebose@aol.com>
**Sent:** Saturday, February 22, 2020 12:14 AM
**To:** USF Public Records <usfpr@usf.edu>
**Cc:** Solis, Gerard <GSolis@usf.edu>; Mohn, Lori <lmohn@usf.edu>
**Subject:** Chapter 119 - Public Records Request

> This email originated from outside of USF. Do not click links or open attachments unless you recognize the sender or understand the content is safe.

Please provide the hearing and/or deposition transcripts referenced below that USFBOT has purchased in Case 15-CA-005663, Angela DeBose v. University of South Florida Board of Trustees:

1. 2015-06-26 hearing before Cheryl Thomas (Immediate Hearing)

2. 2015-08-12 hearing at 1:30PM (Status Conference Hearing)

3. 2015-08-14 deposition (Solis) – Murray Court Reporting

4. 2015-09-30 hearing

5. 2015-10-26 hearing

6. 2015-12-03 hearing

7. 2016-03-24 hearing

8. 2017-02-02 hearing

9. 2017-03-20 hearing

10. 2018-01-10 hearing

11. 2018-03-02 hearing

12. 2018-05-14 hearing

13. 2018-06-26 hearing

14. 2018-10-09 hearing

|           |                                                                                                                                                                                                                                                                     |
|----------:|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|     From: | usfpr@usf.edu,                                                                                                                                                                                                                                                      |
|       To: | awdebose@aol.com,                                                                                                                                                                                                                                                   |
|  Subject: | RE: Chapter 119, F.S. Public Records Request - Deposition Transcripts                                                                                                                                                                                               |
|     Date: | Mon, Jul 6, 2020 4:59 pm                                                                                                                                                                                                                                            |
| Attachments: | 628475_Debose 7-18-18 Glenn 628475-1wi (00179188xBF0F1).pdf (106K), 628475_Debose 7-18-18 Lamphere 628475-1wi (00179190xBF0F1).pdf (162K), Glenn Exhibit 1 (00179189xBF0F1).pdf (91K), Lamphere Exhibit 1 (00179191xBF0F1).pdf (81K) |

Please see the attached documents in response to your public records request.

---

**From:** Angela DeBose <awdebose@aol.com>
**Sent:** Wednesday, July 1, 2020 6:04 PM
**To:** USF Public Records <usfpr@usf.edu>
**Subject:** Chapter 119, F.S. Public Records Request - Deposition Transcripts

> This email originated from outside of USF. Do not click links or open attachments unless you recognize the sender or understand the content is safe.

I write to request copies of the transcripts listed below.  It is my understanding that USF ordered the transcripts from Murray Court Reporting for the case referenced below.

- **17-CA-001652** - *Angela DeBose v. USFBOT* - 07/18/2018 Deposition Transcript of Verna Glenn

- **17-CA-001652** - *Angela DeBose v. USFBOT* - 07/18/2018 Deposition Transcript of Anna Barbara Lamphere

Please acknowledge receipt of this request and provide the transcripts in the time indicated under the statute.  If USFBOT does not have the public records requested, immediately obtain them from supplier Greenberg Traurig, P.A.  If USF unreasonably delays to provide these public records, it may result in further litigation.

Thank you.

|                  |                                          |
|-----------------:|:-----------------------------------------|
|        **From:** | usfpr@usf.edu,                           |
|          **To:** | awdebose@aol.com,                        |
|     **Subject:** | RE: Chapter 119, F.S. Public Records Request |
|        **Date:** | Tue, Oct 12, 2021 12:30 pm               |
| **Attachments:** | Hearing Debose 09.30.21.pdf (204K)       |

Please find the attached responsive record to your request below.

**From:** USF Public Records
**Sent:** Friday, October 8, 2021 9:38 AM
**To:** Angela DeBose <awdebose@aol.com>
**Subject:** RE: Chapter 119, F.S. Public Records Request

Thank you for contacting the University of South Florida. In accordance with Section 119.07(1)(c), F.S., your request is hereby acknowledged. The University will forward your request to the appropriate public records custodian for handling, and you should be contacted shortly regarding your request and any fees that may be applicable to the production of records.

**From:** Angela DeBose <awdebose@aol.com>
**Sent:** Thursday, October 7, 2021 9:29 PM
**To:** USF Public Records <usfpr@usf.edu>
**Cc:** Gerard Solis <GSolis@usf.edu>
**Subject:** Chapter 119, F.S. Public Records Request

This is a public records request for the hearing transcript of the proceeding on September 30, 2021 in Case No. 15-CA-005663, Angela DeBose v. University of South Florida Board of Trustees, Job #741636 Magna Court Reporting.

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.