UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                                    CASE NO. 8:21-cv-2127-SDM-AAS

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## **ORDER**

    A September 12, 2022 order (Doc. 81) dismisses with prejudice Angela DeBose's action against the United States, several state and federal judges, the University of South Florida Board of Trustees, and USF's lawyers from an earlier action. Also, the order enjoins DeBose as a vexatious litigant.

    DeBose (1) moves (Doc. 83) under Rules 58 and 59, Federal Rules of Civil Procedure, to amend or vacate the judgment, (2) moves (Doc. 86) for a "new trial," and (3) appeals the judgment of dismissal. DeBose presents no meritorious basis to vacate or amend the judgment or to receive a new trial in an action in which no trial has occurred. Also, because DeBose has appealed, no power exists to amend or

vacate the judgment or grant a "new trial," none of which are warranted regardless. The motions (Docs. 83, 86) are **DENIED**.

ORDERED in Tampa, Florida, on October 14, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE