UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA W. DEBOSE,

    Plaintiff,

v.                                            CASE NO. 8:21-cv-2127-SDM-AAS

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

Angela DeBose moves (Doc. 97) for reconsideration of a November 8, 2022 order (Doc. 96), which denied DeBose's motion (Doc. 95) to compel the University of South Florida Board of Trustees to comply with a subpoena. DeBose presents no meritorious ground for reconsideration. The motion (Doc. 97) is **DENIED**.

ORDERED in Tampa, Florida, on November 15, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE