IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,
    Plaintiff,

v.                                   CASE NO. 8:21-cv-02127-SDM-AAS

THE UNITED STATES,
THE THIRTEENTH JUDICIAL
STATE COURT, et al.,
    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING
## RETURN OF SERVICE OF SUBPOENA
## ON NONPARTY FLORIDA POLYTECHNIC UNIVERSITY

Plaintiff Angela DeBose files notice of the return of service of subpoena on Nonparty Florida Polytechnic University ("FloridaPoly"). As per the attached Return of Service Affidavit, the subpoena has been served.

                                    Respectfully submitted this **16th** day of November, 2022.

                                          /s/ *Angela DeBose*
                                          Angela DeBose, Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of November, 2022, the above and foregoing was filed electronically, which will email all counsels of record.

                                          /s/ *Angela DeBose*
                                          Angela DeBose
                                          1107 W. Kirby Street
                                          Tampa, Florida 33604
                                          Telephone: (813) 932-6959
                                          Email: awdebose@aol.com