# **RETURN OF SERVICE**

## UNITED STATES DISTRICT COURT
District of Florida

Case Number: 8:21-CV-2127-SDM-AAS

Plaintiff:
**ANGELA DEBOSE**

vs.

Defendant:
**UNITED STATES ET AL**

For:
ANGELA DEBOSE
1107 W. KIRBY ST
TAMPA, FL 33604

Received by Mid Florida Court Services, LLC on the 26th day of October, 2022 at 8:37 am to be served on **DAVID FUGETT GENERAL COUNSEL, FLORIDA POLYTECHNIC UNIVERSITY AT POLK STATE COLLEGE, 3433 WINTER LAKE RD, LTB BLDG, RM 2121, LAKELAND, FL 33803**.

I, DUSTIN MILLER CA-799, do hereby affirm that on the **26th day of October, 2022** at **2:10 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **DAVID FUGETT GENERAL COUNSEL** at the address of: **FLORIDA POLYTECHNIC UNIVERSITY AT POLK STATE COLLEGE, 3433 WINTER LAKE RD, LTB BLDG, RM 2121, LAKELAND, FL 33803**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Court Appointed, Certified Process Ser ver. Per Florida Statutes Chapter 48, notary not required.

_____
**DUSTIN MILLER CA-799**
Certified Process 10th Circuit

**Mid Florida Court Services, LLC**
**304 East Pine Street**
**Ste # 117**
**Lakeland, FL 33801**
**(863) 377-6007**

Our Job Serial Number: DMI-2022000507