UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiffs,
v.                                    Case No. 8:21-cv-2127-SDM-AAS

UNITED STATES, et al.,

    Defendants.
_____/

## ORDER

Plaintiff Angela Debose moves the court for an order holding non-party Florida Polytechnic University in civil contempt. (Doc. 100). On October 18, 2022, Ms. Debose appealed the dismissal of this action to the U.S. Court of Appeals for the Eleventh Circuit. (Doc. 92). As previously advised, the filing of a notice of appeal "confers jurisdiction on the court of appeals and divests the district court of its control over the aspects of the case involved in the appeal." *United States v. TovarRico*, 61 F.3d 1529, 1532 (11th Cir. 1995). The district court "is divested of jurisdiction to take any action with regard to the matter except in the aid of the appeal." *Shewchun v. United States*, 797 F. 2d 941, 941 (11th Cir. 1986) (quotation omitted. Here, Ms. Debose filed a notice of appeal, and thus this court is divested of jurisdiction to rule on her motion.

Accordingly, it is **ORDERED** that Ms. Debose's motion for civil contempt (Doc. 100) is **DENIED**.

**ENTERED** in Tampa, Florida on November 17, 2022.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge

cc:

Angela W. DeBose
1107 W Kirby St
Tampa, FL 33604