IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-13380-HH

_____

ANGELA W. DEBOSE,

                                                                                                     Plaintiff-Appellant,

versus

UNITED STATES OF AMERICA,
THIRTEENTH JUDICIAL CIRCUIT,
RONALD FICARROTTA,
 Chief Judge, in official capacity,
ELIZABETH GADDY RICE,
GREGORY P. HOLDER, et al.,
 Individually and Official Capacities,

                                                                                                      Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

Before: JORDAN, JILL PRYOR and GRANT, Circuit Judges.

BY THE COURT:

      Appellant's motion to stay injunction and briefing is DENIED.

      Appellant's motion for an extension of time to file her initial brief is GRANTED IN PART.

Appellant's initial brief is due within 30 days after the date of this order.