UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.                                             CASE NO. 8:21-cv-2127-SDM-AAS

UNITED STATES, et al.,

    Defendants.
_____/

## **ORDER**

    Angela DeBose moves (Doc. 102) to "reopen case." DeBose fails to present any arguably meritorious basis for relief from judgment under Rule 60(b) or otherwise. The motion is **DENIED**.

    ORDERED in Tampa, Florida, on December 28, 2022.

                                                                             STEVEN D. MERRYDAY
                                                                             UNITED STATES DISTRICT JUDGE