## **AFFIDAVIT OF KIM CALIENDO**

STATE OF FLORIDA

COUNTY OF SARASOTA

Before me personally appeared **KIM CALIENDO**, who after being duly sworn, states as follows:

1. My name is Kim Caliendo.

2. I am over the age of 18.

3. I am a Licensed Florida Private Investigator working for ASI APEX SURVEILLANCE & INVESTIGATIONS, INC. who was retained by Angela DeBose ("Ms. DeBose") to investigate Gregory P. Holder ("Holder"), retired circuit judge, Thirteenth Judicial Circuit Court in Hillsborough County, concerning certain actions that Holder took in her state court cases concerning University of South Florida.

4. Ms. DeBose has alleged that Holder was an employee of the University of South Florida ("USF") when he took those actions in her cases.

5. In my investigation, I was able to confirm that Holder listed USF as one of his employers on his current employer's website at Zinober, Diana & Monteverde. Holder is listed as an adjunct faculty on the USF school website as well.

6. Ms. DeBose has alleged that Holder's interventions in her cases were not authorized.

7. I was also able to obtain grand jury testimony which was unsealed in Holder's own words from a 2000 case where he stated "there is a way to override the [the court's] system." Holder testified, "There is a way to *jury-rig* the assignment of cases." This implies that Holder knew how to hack or gain access to the system by unauthorized means.

8. Further investigation of public records of the audit trails from the court's computer system could verify if this has indeed taken place. An investigation of the court's system could potentially show from audit trails or audit logging whether Holder used unconventional means to access Ms. DeBose's cases.

9. I investigated Ms. DeBose's cases.

10. Holder's name does not appear anywhere in the case management system to show that he was assigned or authorized to access Ms. DeBose's cases 15-CA-005663, 17-CA-001652, and 19-CA-004473 against USF.

11. Likewise, Holder was not assigned to Ms. DeBose's case against Ellucian, L.P. ("Ellucian").

12. My investigation confirmed that Holder issued orders in her cases that were in favor of USF, his employer, and against Ms. DeBose.

**FURTHER AFFIANT SAYETH NOT**.

Sworn to and signed personally before me on 29th of June 2023, by KIM CALIENDO.

(SEAL)

Notary Public State of Florida
Lisa Phillips
My Commission GG 920017
Expires 10/06/2023

KIM CALIENDO, AFFIANT

LISA PHILLIPS
NOTARY PUBLIC (Printed)

NOTARY PUBLIC (Signature)

Produced Identification: **Driver's License**

My Commission Expires: 10/06/2023



I've done some investigation myself but,

5    you know, I have to be kind of surreptitious, because

6    when I start asking questions, especially now, you

7    know, bells go off and whistles.

8              There is a way to override that system.

9    There is a way to jury-rig the assignment of cases.  Do

10   I think that has occurred in the past in the General

11   Civil Division?  We're talking about the big money

12   cases.  I don't know.  I don't know.  I think maybe.

13             I'd certainly like to talk to Joanie

14   Helms under oath and see what she has to say.  Recently

15   Judge Bonanno and Joanie, it has been reported, widely

May 26, 2023, 5:10 PM