THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.

CASE NO. 8:21-cv-2127-SDM-AAS

THE UNITED STATES, et al.,

    Defendants.

_____/

MAR 14 2025 AM 11:36
FILED - USDC - FLMD - TPA

## NOTICE OF APPEAL

NOTICE IS GIVEN that Intervenors LAVONNE WASHINGTON and MICHAEL WASHINGTON appeal the Order, (DE 119), (attached as **Exhibit A**), denying Motion to Disqualify Judge or Motion for Recusal, (DE 117), and denying Motion to Intervene and to Reopen Case, (DE 118).

**Submitted: 3/14/2025**

_____
Michael Washington, Plaintiff Pro Se

_____
LaVonne Washington, Plaintiff Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **14th** day of March, 2025, the above and foregoing was filed electronically into the case and will send notifications to the parties.

_/s/ Michael Washington_
Michael Washington. Plaintiff Pro Se
6210 East 113th Avenue
Temple Terrace, FL 33617
(813) 751-6464
mwasha513@msn.com

_/s/ LaVonne Washington_
LaVonne Washington, Plaintiff Pro Se
5205 79th Street
Tampa, FL 33619
(813) 765-6257
saratiwashington@gmail.com