IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANGELA DEBOSE,

    Plaintiff,

v.    CASE NO. 8:21-cv-2127-SDM-AAS

THE UNITED STATES, et al.,

    Defendants.

_____/

## MOTION FOR RELIEF FROM A JUDGMENT OR ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(B)

**COMES NOW** LaVonne Washington and Michael Washington, the would-be intervenors, and move this Honorable Court for an order granting relief from the judgment and orders in Case No. 8:21-cv-2127-SDM-AAS pursuant to Federal Rule of Civil Procedure 60(b).

In support of this motion, LaVonne Washington and Michael Washington state the following:

### I. INTRODUCTION

This motion seeks relief from the Court's judgment and orders in Case No. 8:21-cv-2127-SDM-AAS, which have been unlawfully applied to LaVonne Washington and Michael Washington, who were not parties to the original litigation. This application of the judgment and orders impairs their property, legal, speech, and association rights. This motion is timely, given the continuing and unlawful application of the judgment and orders and the would-be intervenors' recent awareness of its direct impact on them.

## II. RELEVANT BACKGROUND

1. This action in the Middle District of Florida involves an injunction order issued by this Court on September 12, 2022 (Doc. 81), with a corresponding judgment issued on September 13, 2022 (Doc. 82).

2. The original case was closed on September 13, 2022, with no hearings held in the case.

3. The would-be intervenors, LaVonne Washington and Michael Washington, were not parties to the original case.

4. Despite being non-parties, the injunction has been and continues to be enforced against them, (e.g., "as heirs and beneficiaries of the estates of LaShawn Washington and Patricia Ann Washington, deceased").

5. This enforcement has directly impaired their ability to protect their property and other legal rights.

## III. ARGUMENT

Relief from a judgment or order is appropriate under Federal Rule of Civil Procedure 60(b) in extraordinary circumstances. The application of this injunction to non-parties who were not afforded an opportunity to be heard constitutes such a circumstance.

### A. The Judgment is Void as Applied to Non-Parties (Rule 60(b)(4))

A judgment is void under Rule 60(b)(4) if the court lacked jurisdiction over the parties. This Court lacked personal jurisdiction over the movants because they were not parties to the original case. As a matter of fundamental due process, a court cannot exercise jurisdiction over individuals who were not involved in the case. Therefore, the judgment and orders in Case No. 8:21-cv-2127-SDM-AAS are void as applied to LaVonne Washington and Michael Washington.

**B. It is No Longer Equitable for the Judgment to Have Prospective Application (Rule 60(b)(5))**

Alternatively, it is no longer equitable for the injunction to have a prospective application. The injunction was issued as a "temporary" order, but it has been in effect for over three years and is being enforced as a lifetime injunction against the Plaintiff, Angela DeBose, as well as against the would-be intervenors. This continued enforcement against non-parties, without a hearing and for an unreasonable amount of time, is inequitable and justifies relief under Rule 60(b)(5).

## IV. CONCLUSION

For the reasons stated above, the judgment and orders in Case No. 8:21-cv-2127-SDM-AAS, as applied to the would-be intervenors, are void and their continued enforcement is inequitable. Therefore, LaVonne Washington and Michael Washington respectfully request that this Court grant this motion and vacate the injunction order or provide other appropriate relief as applied to them.

**Dated this 16th day of October, 2025.**          **RESPECTFULLY SUBMITTED,**

*LaVonne Washington*
LaVonne Washington

*Michael Washington*
Michael Washington

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY that on this <u>16th</u> day of October, 2025, we conferred with counsels for the defendants and informed them of this motion. They did not take a position.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2025, the above and foregoing was filed electronically into the case and will send notifications to the parties.